

### in the district court of the united States of America

### the *de jure* Republic in the Western district of Washington-state At Tacoma

| | | |
|---|---|---|
| Theron-Jay: House of: | § | Petition to seal cause |
| Marrs, Beneficiary, | § | |
| Pre-1861private American | § | Petition for declaratory relief, |
| Citizen of the united States of | § | enforcement of a trust, and request |
| America, the *de jure* Republic | § | for Injunction |
| Complainant, | § | |
| | § | Petition to proceed  Ex Parte, for |
| | § | Evidentiary hearing "in |
| | § | Camera" regarding proprietary |
| | § | evidence |
| V. | § | |
| US BANK | § | |
| INTERNAL REVENUE SERVICE | § | Cause No: C15- 5855 RJB |
| Respondents. | § | |
| | § | This suit is special, private, |
| | § | Urgent, priority Restricted, |
| | § | Confidential |
| | § | |
| | § | Excluding the Public and the press - |
| | § | This suit in equity is to be heard in |
| | § | Extra and special Term |
| | § | |
| | § | **ORDER** |

## Order

Having read Complainant's Bill in Equity the Court finds a follows:

1. The bank account in question – MFT HOLDINGS, LLC, Account Number 153665341225 opened at US Bank, is exempt from the current IRS Levy, and any future liens, levies, hold and / encumbrances of any kind issued from the Internal Revenue Service or otherwise.

2. This Court issues the following declaratory judgment that the private business trust owned by Complainant, i.e. "THERON J MARRS[2]" is a non-tax payer.

3. U.S. Bank shall immediately make all funds that were in the account prior to the Notice of Levy issued by the Internal Revenue Service available to Complainant, and reverse and refund all penalties and fees charges since the block of said funds was instated.

Date: _____2015

_____
U.S. District Judge

---

[2] Including all variations thereof.

34