The Honorable Robert J. Bryan

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THERON-JAY MARRS, *Pre-1861 private American Citizen of the United States of America, the de jure Republic,* <br><br>　　　　Plaintiff, <br><br>　　　　v. <br><br>US BANK; and <br>INTERNAL REVENUE SERVICE, <br><br>　　　　Defendants. | Case No. 3:15-cv-05855-RJB <br><br> **[PROPOSED] ORDER** |

    Before the Court is the United States' Motion to Dismiss Proceeding. For the reasons set forth in the United States' Motion to Dismiss Proceeding, and having considered the record contained herein, and good cause being shown, the Court GRANTS the United States' Motion. This case is DISMISSED.

IT IS SO ORDERED.

Respectfully presented by:

CAROLINE D. CIRAOLO
Acting Assistant Attorney General

*/s/ Rika Valdman*
RIKA VALDMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-514-6056 (v)
202-307-0054 (f)
rika.valdman@usdoj.gov

*Of Counsel:*
ANNETTE L. HAYES
United States Attorney

*Counsel for the United States of America*

Date this _____ day of _____, 2015.

_____
ROBERT J. BRYAN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
(Case No. 3:15-cv-05855-RJB)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056